Stipulated dismissal with prejudice approved 12/14/17.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HASHIM MUHAMMED, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:17-cv-01003-JG |
| CREDIT ONE FINANCIAL *d/b/a* CREDIT ONE BANK, N.A., | § § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Muhammed Hashim, and defendant, Credit One Financial *d/b/a* Credit One Bank, N.A., hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Darryl E. Pittman
Darryl E. Pittman
Darryl E. Pittman Attorneys
2490 Lee Boulevard, Suite 115
Cleveland, OH 44118
Telephone: (216) 291-1005
Facsimile: (216) 382-8512
E-mail: bdjefe@gmail.com

*Attorney for Plaintiff,*
*Muhammed Hashim*

/s/ Robert G. Knirsch
Robert G. Knirsch
OH Bar No. 0080770
Sessions, Fishman, Nathan & Israel, LLC
2647 Eaton Road
University Heights, OH 44118
Telephone: (216) 410-8739
Facsimile: (216) 823-0524
E-mail: rgknirsch@sessions.legal

*Attorney for Defendant,*
*Credit One Financial*
*d/b/a Credit One Bank, N.A.*